WARREN S. HEIT
Coeur d'Alene, ID 83814
warrenheit@yahoo.com

Plaintiff, In Pro Per
and Counsel for Plaintiff Deborah E. Heit

**U.S. COURTS**

JAN 04 2024
Rcvd____Filed____Time 10:30AM
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| Warren Heit and Deb Heit,<br><br>Plaintiff,<br><br>v.<br><br>Scott Livingston and Shari Livingston,<br><br>Defendants. | Case No. 2:23-cv-00507-BLW<br><br>**PLAINTIFFS' REQUEST TO FILE PLEADINGS WITH AND RECEIVE NOTICES FROM THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM** |

    I, Warren Heit, Plaintiff Pro Se, on behalf of myself and Plaintiff Deb Heit ("Plaintiffs"), hereby respectfully request permission to file pleadings and receive notices of electronic filings via the Electronic Case Filing (ECF) system for the United States District Court for the District of Idaho in the matter referenced in the above caption.

    Filing pleadings and receiving notices via personal courier, express carriers, U.S. mail is costly and causes delay. Further, the process of manually uploading Plaintiffs' pleadings to ECF may introduce additional delay. Plaintiffs are at a distinct disadvantage where Defendants are able to file pleadings instantly via ECF at any time, day or night, and receive notices of filings by others without delay while Plaintiffs are unable to do so.

    Therefore, Plaintiffs respectfully request the privilege to electronically file pleadings and receive notices in the above caption matter via the ECF system. Plaintiffs have conferred with Defendants about this request and Defendants indicated they would not oppose this request.

- Plaintiff is equipped with necessary devices to access and file via ECF as follows:
- Plaintiff has a valid email address which he will use to receive and access notices of electronic filings. The email is: warrenheit@yahoo.com
- Plaintiff has a personal computer with the internet access.
- Plaintiff's computer has a Chrome web browser.
- Plaintiff has a scanner to convert documents into PDF.
- Plaintiff has a PDF reader and a PDF writer to convert word processing documents into PDF format.
- Plaintiff has a printer or copier to create required paper copies.

Respectfully submitted,

Dated: January 4, 2024   By: _____
Warren S. Heit
Plaintiff, In Pro Per
and Counsel for Deborah E. Heit

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I sent the foregoing document to the following person via email and overnight delivery:

Gregory M. George, ISB #9937
1900 Northwest Boulevard, Suite 200
Coeur d'Alene, ID 83814
Telephone: 208-664-4700
greg@bristolgeorge.com
*Attorney for Defendants*
*Scott and Shari Livingston*

By: _____
Warren S. Heit
Plaintiff, In Pro Per
and Counsel for Deborah E. Heit