U.S. COURTS

JAN 04 2024

Rcvd_____Filed_____Time 10:30 AM
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

WARREN S. HEIT
Coeur d'Alene, ID 83814
warrenheit@yahoo.com

Plaintiff, In Pro Per
and Counsel for Plaintiff Deborah E. Heit

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| Warren Heit and Deb Heit,<br><br>Plaintiff,<br><br>v.<br><br>Scott Livingston and Shari Livingston,<br><br>Defendants. | Case No. 2:23-cv-00507-BLW<br><br>**PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** |

## INTRODUCTION

On November 15, 2013, Plaintiffs Warren Heit and Deb Heit filed a complaint against Defendants Scott Livingston and Shari Livingston. ECF No. 1. On December 19, 2023, Defendants filed a motion to dismiss the complaint. ECF No. 5. On even date herewith, Plaintiffs filed a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). The first amended complaint adds new factual allegations and legal claims and fixes typographical errors. It also moots Defendants' motion to dismiss as explained below.

## ARGUMENT

An amended complaint supersedes the original complaint and therefore moots a motion to dismiss directed at the original, superseded complaint. *See, e.g., Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) ("The amended complaint supersedes the original, the latter being treated thereafter as non-existent."), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d

896 (9th Cir. 2012); *Reed v. Bank of Am. Corp.*, No. 1:11-CV-00124-BLW, 2011 WL 2650012, at *1 (D. Idaho July 6, 2011) ("In turn, the Court finds that leave to amend moots the Defendants' pending motion to dismiss because it addresses the original complaint. Defendants may file another motion to dismiss if necessary, but it should address the amended complaint.").

Just as in these cases, on even date herwith the Plaintiffs filed an amended complaint that has superseded their original complaint and thereby mooted Defendants' pending motion to dismiss.

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that this Court deny Defendants' motion to dismiss as moot.

Dated: January 4, 2024          By: _____
                                    Warren S. Heit
                                    Plaintiff, In Pro Per
                                    and Counsel for Deborah E. Heit

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I sent the foregoing document to the following person via email and overnight delivery:

Gregory M. George, ISB #9937
1900 Northwest Boulevard, Suite 200
Coeur d'Alene, ID 83814
Telephone: 208-664-4700
greg@bristolgeorge.com
*Attorney for Defendants*
*Scott and Shari Livingston*

By: _____
Warren S. Heit
Plaintiff, In Pro Per
and Counsel for Deborah E. Heit